

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00420-CR

**EX PARTE GUSTAVO GARZA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3143
Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

On August 19, 2020, appellant Gustavo Garza filed a notice of appeal stating his intent to appeal an order denying his Application for Writ of Habeas Corpus. The appellate record shows the trial court held a hearing on appellant's application and orally denied him relief, but the record does not contain a signed, written order. A trial court's oral announcement of its decision in open court is not final and appealable until the trial judge signs a written order. *State v. Kibler*, 874 S.W.2d 330, 332 (Tex. App.—Fort Worth 1994, no pet.).

We therefore **ORDER** appellant to file in this court **October 23, 2020**, a response showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.



Michael A. Cruz,
Clerk of Court